

# NUMBER 13-19-00577-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE GREAT LAKES INSURANCE SE

### On Petition for Writ of Mandamus.

# ORDER
### Before Justices Benavides, Longoria, and Perkes
### Per Curiam Order

Relator Great Lakes Insurance SE filed a petition for writ of mandamus in the above cause on November 12, 2019. Through this original proceeding, relator contends that the trial court erred (1) in allowing discovery beyond that allowed by the Texas Citizens Participation Act and (2) by refusing to enter a written order pertaining to that discovery. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.001–.011. The Court requests that the real parties in interest, Juan Lambrecht and Rosa Cortez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for

writ of mandamus on or before the expiration of ten days from the date of this order. *See*

Tᴇx. R. Aᴘᴘ. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
12th day of November, 2019.